1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12  AMERICAN SMALL BUSINESS        )      No. C 08-0829 WDB
    LEAGUE,                        )
13                                 )
                   Plaintiff,      )
14                                 )
          v.                       )
15                                 )      DECLINATION TO PROCEED BEFORE
    UNITED STATES SMALL BUSINESS   )      A MAGISTRATE JUDGE AND REQUEST
16  ADMINISTRATION                 )      FOR REASSIGNMENT TO A UNITED
                                   )      STATES DISTRICT JUDGE
                   Defendant.      )
17  _____)

18        Defendant hereby declines the assignment of this case to a United States Magistrate Judge

19  for trial and disposition, and hereby requests the reassignment of this case to a United States District

20  Judge.

21  Dated: March 10, 2008                      Respectfully submitted,

22                                             JOSEPH P. RUSSONIELLO
                                               United States Attorney
23

24                                             _____/s/_____
                                               MELANIE L. PROCTOR
25                                             Assistant United States Attorney
                                               Attorneys for Defendant
26

27

28

    DECLINATION
    C 08-0829 WDB                     1