**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**March 11, 2008**

CASE NUMBER:  CV 08-00829 WDB
CASE TITLE:  AMERICAN SMALL BUSINESS LEAGUE-v-US SMALL BUSINESS ADMINISTRATION

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable MARILYN H. PATEL** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MHP** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: March 11, 2008

FOR THE EXECUTIVE COMMITTEE:

_____
                                   Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 03/11/08 cl

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel

Transferor CSA