1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

| 12 | AMERICAN SMALL BUSINESS LEAGUE, | ) | No. C 08-0829 MHP |
|---|---|---|---|
| 13 | Plaintiff, | ) | |
| 14 | v. | ) | JOINT MOTION TO BE EXCUSED FROM THE FORMAL ADR PROCESS and PROPOSED ORDER |
| 15 | UNITED STATES SMALL BUSINESS ADMINISTRATION | ) | |
| 16 | Defendant. | ) | |
| 17 |  | ) | |

18     Each of the undersigned certifies that he or she has read either the handbook entitled

19  "Dispute Resolution Procedures in the Northern District of California," or the specified portions of

20  the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

21  resolution options provided by the court and private entities, and considered whether this case might

22  benefit from any of them.

23     Here, the parties agree that referral to a formal ADR process will not be beneficial because

24  this action is limited to Plaintiff's request that this Court review Defendant's denial of his Freedom

25  of Information Act request. Defendant avers that it does not have any responsive records. Given

26  the substance of the action and the lack of any potential middle ground, ADR will only serve to

27  multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR

28  L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that

JOINT CASE MANAGEMENT STATEMENT
C 08-0829 MHP                             1

they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: April 29, 2008                                  Respectfully submitted,

                                                       JOSEPH P. RUSSONIELLO
                                                       United States Attorney


                                                              /s/
                                                       MELANIE L. PROCTOR[1]
                                                       Assistant United States Attorney
                                                       Attorneys for Defendants


Dated: April 29, 2008                                         /s/
                                                       RICHARD BELSHAW
                                                       Attorney for Plaintiff

**PROPOSED ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.
Dated:
                                                       MARILYN H. PATEL
                                                       United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

JOINT CASE MANAGEMENT STATEMENT
C 08-0829 MHP                          2