1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6  Telephone: (415) 436-6730
   FAX: (415) 436-7169
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12 AMERICAN SMALL BUSINESS     )   No. C 08-0829 MHP
   LEAGUE,                     )
13                             )
              Plaintiff,       )
14                             )   JOINT MOTION TO BE EXCUSED
       v.                      )   FROM THE FORMAL ADR PROCESS
15                             )   and ~~PROPOSED~~ ORDER
   UNITED STATES SMALL BUSINESS)
16 ADMINISTRATION              )
                               )
17            Defendant.       )
   _____)

18      Each of the undersigned certifies that he or she has read either the handbook entitled

19 "Dispute Resolution Procedures in the Northern District of California," or the specified portions of

20 the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

21 resolution options provided by the court and private entities, and considered whether this case might

22 benefit from any of them.

23      Here, the parties agree that referral to a formal ADR process will not be beneficial because

24 this action is limited to Plaintiff's request that this Court review Defendant's denial of his Freedom

25 of Information Act request. Defendant avers that it does not have any responsive records. Given

26 the substance of the action and the lack of any potential middle ground, ADR will only serve to

27 multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR

28 L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that

JOINT CASE MANAGEMENT STATEMENT
C 08-0829 MHP                          1

1  they be excused from participating in the ADR phone conference and any further formal ADR
2  process.

3  Dated: April 29, 2008                           Respectfully submitted,

4                                                  JOSEPH P. RUSSONIELLO
                                                    United States Attorney
5

6

7                                                  _____/s/_____
                                                    MELANIE L. PROCTOR[1]
                                                    Assistant United States Attorney
8                                                   Attorneys for Defendants

9
   Dated: April 29, 2008                           _____/s/_____
10                                                  RICHARD BELSHAW
                                                    Attorney for Plaintiff
11

12                              ~~PROPOSED~~ ORDER

13       Pursuant to stipulation, IT IS SO ORDERED.
    Dated:  5/6/2008                               _____
14                                                  MARILYN H. PATEL
                                                    United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

JOINT CASE MANAGEMENT STATEMENT
C 08-0829 MHP                         2