**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: May 19, 2008

Case No.   C 08-0829 MHP          Judge: MARILYN H. PATEL

Title: AMERICAN SMALL BUSINESS LEAGUE -v- US SMALL BUSINESS ADMINISTRATION

Attorneys:  Plf: Robert Belshaw
            Dft: Melanie Proctor

Deputy Clerk:  Anthony Bowser   Court Reporter: n/a

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Court directs defendant SBA to provide provide documents from GSA as requested by plaintiff within two weeks;

Further status conference set for 3:00 pm on 6/16/2008;