1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6730
        FAX: (415) 436-7169
7
    Attorneys for Defendant
8
                        UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11
    AMERICAN SMALL BUSINESS        )       No. C 08-0829 MHP
12  LEAGUE,                        )
                                   )
13                   Plaintiff,    )
                                   )       STATUS REPORT
14          v.                     )
                                   )
15  UNITED STATES SMALL BUSINESS   )
    ADMINISTRATION                 )
16                                 )
                     Defendant.    )
17  _____)

18          On May 19, 2008, the Court directed Defendant to "provide documents from GSA as

19  requested by" Plaintiff.  Elec. Dkt. No. 12.  On May 30, 2008, at the request of Defendant, GSA

20  transmitted to Plaintiff an additional copy of its February 5, 2008 response to Plaintiff's request for

21  records.  See Declaration of Earl Warrington, p. 3 ¶ 12.

22  Dated: June 2, 2008                      Respectfully submitted,

23                                           JOSEPH P. RUSSONIELLO
                                             United States Attorney
24

25                                           _____/s/_____
                                             MELANIE L. PROCTOR
26                                           Assistant United States Attorney
                                             Attorneys for Defendant
27

28

    STATUS REPORT
    C 08-0829 MHP                        1

1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AMERICAN SMALL BUSINESS LEAGUE, | ) | No. C 08-0829 MHP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DECLARATION OF EARL |
| | ) | WARRINGTON |
| UNITED STATES SMALL BUSINESS ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |

I, EARL WARRINGTON, declare as follows:

1.    I have served as the Director of the Integrated Acquisition Environment Division at the General Services Administration ("GSA") for five years.

2.    In my capacity as Director of the Integrated Acquisition Environment Division, my responsibilities include, among others, the oversight and management of the Federal Procurement Data System – Next Generation ("Data System"). The Data System is an Oracle software database, accessible through the internet, for agencies to report information regarding contract actions.

3.    As stated in 48 C.F.R. § 4.602, the Data System is the central repository of federal government contracting information, for use by various federal agencies in fulfilling their functions, such as measuring and assessing government contracting with regard to small businesses. As required by federal regulations at 48 C.F.R. § 4.604, it is the responsibility of various contracting agencies to ensure and certify that the information in the Data System is accurate.

4.    Using parameters defined by the U.S. Small Business Administration ("Defendant"), GSA programmed the Data System to generate certain information regarding small business participation in federal contracts for the purpose of creating Defendant's annual Small Business Goaling Reports.

5.    Thus, through GSA's programming (independently or through a contractor), the Data System automatically searches the records submitted by contracting officers and produces the information

1  to be used in the official Small Business Goaling Report. GSA then transmits that information to
2  Defendant.

3  6.      This information generated by the Data System does not display or contain the specific
4  names of the firms that were coded as small businesses or the specific dollar amounts that were
5  awarded to those firms. In the process of causing the Data System to create the Small Business
6  Goaling Reports, GSA neither creates a list of, nor transmits to Defendant, the specific names of the
7  firms that were coded as small businesses and the specific dollar amounts that were awarded to those
8  firms.

9  7.      On or about September 20, 2007, the American Small Business League ("Plaintiff")
10  submitted a request to GSA for records pursuant to the Freedom of Information Act. Specifically,
11  Plaintiff requested that GSA produce "[t]he specific names of the firms that were coded as small
12  businesses for FY 2005 and the specific dollar amounts that were awarded to those firms," as well
13  as "[t]he specific names of the firms that were coded as small businesses for FY 2006 and the
14  specific dollar amounts that were awarded to those firms."

15  8.      GSA responded to Plaintiff's request for records on or about October 15, 2007, offering
16  Plaintiff access to a copy of the entire Data System, used by GSA to generate the Small Business
17  Goaling Report information. Plaintiff accepted GSA's offer and received access to the copy on or
18  about November 19, 2007. Deeming GSA's response unacceptable, Plaintiff appealed on or about
19  December 20, 2007.

20  9.      On or about February 5, 2008, GSA transmitted to Plaintiff its final response to Plaintiff's
21  September 20, 2007 request for records. GSA's response was transmitted by email, a copy of which
22  is attached hereto as Exhibit A. Attached to that email was a .zip file, which contained two
23  spreadsheet files in both Microsoft Excel and .txt formats. These files were created solely for the
24  purpose of responding to Plaintiff's request for records.

25  10.     These two spreadsheet files transmitted to Plaintiff contain lists of the small businesses and
26  contract amounts that were the source of the numbers in the Small Business Goaling Reports for FY
27  2005 and FY 2006. If printed from Microsoft Excel, the files for FY 2005 and FY 2006 would
28  contain 4,675 and 4,977 pages, respectively.

WARRINGTON DECLARATION
C 08-0829 MHP                    2

1    11.    Although GSA's email to Plaintiff dated February 5, 2008 states, "If you require any further

2    information, please do not hesitate to contact me," Plaintiff has not contacted GSA regarding this

3    request for records or GSA's response since February 5, 2008.

4    12.    On May 30, 2008, at the request of Defendant, GSA transmitted to Plaintiff an additional

5    copy of its February 5, 2008 response to Plaintiff's request for records. That transmission (sent by

6    FedEx, Tracking Number 862398047500) included a cover letter, a copy of which is attached hereto

7    as Exhibit B, as well as a CD-ROM containing the responsive records.

8            I declare under penalty of perjury that the foregoing is true and correct.

9    Executed on  2 June 2008

10

11                                                    EARL WARRINGTON
                                                       Director
12                                                    Integrated Acquisition Environment Division
                                                       General Services Administration

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WARRINGTON DECLARATION
C 08-0829 MHP                              3

# EXHIBIT A

| Sharon V. Lighton/ACMA/CO/GSA/GOV | To | cgunn@asbl.com |
|---|---|---|
| | cc | |
| 02/05/2008 01:47 PM | Subject | Fw: FOIAs # 120647 |

Dear Mr. Gunn:

This is in reference to your Freedom of Information Act appeal requesting GSA to provide the information you initially requested in your FOIA request.

The email below from Pat Brooks, Director, FPDS Program, attaches the data you requested in EXCELL and CVS format.

If you require any further information, please do not hesitate to contact me.

Sincerely,

Sharon V. Lighton
GSA FOIA Office

----- Forwarded by Sharon V. Lighton/ACMA/CO/GSA/GOV on 02/05/2008 01:45 PM -----

Pat A. Brooks/FCI/CO/GSA/GOV

02/04/2008 01:58 PM

Myra,

Attached is the response to FOIA request #120647, Christopher Gunn with the American Small Business League.  The firm appealed our decision to provide him the website for the data and requested that we provide the data in EXCELL.  The data is in EXCELL and CVS format.

Pat Brooks
Director, FPDS Program
703 605-3406
-----

FPDSNG Goaling Vendors FY2005_FY2006.zip

# EXHIBIT B



Mr. Christopher Gunn
American Small Business League
3910 Cypress Drive
Petaluma, CA 94954

May 29, 2008

Dear Mr. Gunn:

This letter is in response to the U.S. Small Business Administration's (SBA) recent request in connection with <u>American Small Business League v. SBA</u>, C08-0829 MHP (N.D.Cal.), dated May 21, 2008. In that request SBA asks the General Services Administration (GSA) to provide information to you in response to <u>American Small Business League's (ASBL) Freedom of Information Act (FOIA) request, dated September 20, 2007, regarding small business data for fiscal years 2005 and 2006. Please be advised that GSA is providing this information pursuant to SBA's request and Judge Patel's Order, dated May 19, 2008; however, it is GSA's position that the information that ASBL requested under its FOIA request has been previously provided, in full.</u>

Enclosed is a CD Rom which contains an exact copy of the original .ZIP file containing four files supplied to you on February 5, 2008, by email from Sharon Lighton, GSA FOIA Office, in connection with your FOIA appeal number 120647 for electronic files. This was in addition to our previously granting your organization File Transfer Protocol (FTP) access rights to the same data under email from Rodney Lantier, GSA FPDS Team Leader, on November 20, 2007, in connection to your original FOIA request number 116934. Please note that within the Microsoft® Excel document, subsequent data may be obtained by accessing the different "sheet" tabs as they appear at the bottom of the document.

Please feel free to contact me at 703-605-3404 or by email at earl.warrington@gsa.gov if you have any questions.

Sincerely,

Earl J. Warrington
Director
Integrated Acquisition Environment Division

cc:    M. Proctor, Assistant US Attorney, Department of Justice
       Christopher J. McClintock, Trial Attorney, SBA