JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AMERICAN SMALL BUSINESS LEAGUE, | ) ) ) | No. C 08-0829 MHP |
| Plaintiff, | ) ) | |
| v. | ) ) | JOINT MOTION TO VACATE STATUS CONFERENCE; PROPOSED ORDER |
| UNITED STATES SMALL BUSINESS ADMINISTRATION | ) ) ) ) | |
| Defendant. | ) ) | |

///

///

///

///

///

///

///

///

///

///

///

///

JOINT MOTION RE: CMC
C 08-0829 MHP                        1

On May 19, 2008, the Court directed Defendant to "provide documents from GSA as requested by" Plaintiff, and scheduled a further status conference for June 16, 2008. On May 30, 2008, GSA transmitted to Plaintiff an additional copy of its February 5, 2008 response to Plaintiff's request for records. Plaintiff has not completed its review of those documents. Defendant intends to file a motion to dismiss this action, and will do so by June 13, 2008.

It appears that the status conference would do little to further the posture of this case. As such, the parties hereby jointly move the Court to vacate the status conference on June 16, 2008.

Dated: June 11, 2008                          Respectfully submitted,

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney


                                              _____/s/_____
                                              MELANIE L. PROCTOR[1]
                                              Assistant United States Attorney
                                              Attorneys for Defendants

Dated: June 11, 2008                          _____/s/_____
                                              RICHARD BELSHAW
                                              Attorney for Plaintiff


**PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The status conference scheduled for June 16, 2008 is hereby VACATED.

Dated:                                        _____
                                              MARILYN H. PATEL
                                              United States District Judge.

---

[1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

JOINT MOTION RE: CMC
C 08-0829 MHP                    2