JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,         )<br>                         )<br>           Plaintiff,   )<br>                         )<br>      v.                 )<br>                         )<br>UNITED STATES SMALL BUSINESS )<br>ADMINISTRATION           )<br>                         )<br>          Defendant.   )<br>                         ) | No. C 08-0829 MHP<br><br><br>JOINT MOTION TO VACATE STATUS CONFERENCE; ~~PROPOSED~~ ORDER |

///

///

///

///

///

///

///

///

///

///

///

///

JOINT MOTION RE: CMC
C 08-0829 MHP                   1

On May 19, 2008, the Court directed Defendant to "provide documents from GSA as requested by" Plaintiff, and scheduled a further status conference for June 16, 2008.  On May 30, 2008, GSA transmitted to Plaintiff an additional copy of its February 5, 2008 response to Plaintiff's request for records.  Plaintiff has not completed its review of those documents.  Defendant intends to file a motion to dismiss this action, and will do so by June 13, 2008.

It appears that the status conference would do little to further the posture of this case.  As such, the parties hereby jointly move the Court to vacate the status conference on June 16, 2008.

Dated: June 11, 2008                               Respectfully submitted,

                                                   JOSEPH P. RUSSONIELLO
                                                   United States Attorney


                                                   _____/s/_____
                                                   MELANIE L. PROCTOR[1]
                                                   Assistant United States Attorney
                                                   Attorneys for Defendants

Dated: June 11, 2008                               _____/s/_____
                                                   RICHARD BELSHAW
                                                   Attorney for Plaintiff


### ~~PROPOSED~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The status conference scheduled for June 16, 2008 is hereby VACATED.

Dated:    June 13, 2008

                                                   MARILYN H. PATEL
                                                   United States District

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

[1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

JOINT MOTION RE: CMC
C 08-0829 MHP                              2