1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6  Telephone: (415) 436-6730
   FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AMERICAN SMALL BUSINESS LEAGUE, | ) ) ) | No. C 08-0829 MHP |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| UNITED STATES SMALL BUSINESS ADMINISTRATION | ) ) ) | NOTICE OF UNAVAILABILITY |
| Defendant. | ) ) | |

Defendant United States Small Business Administration's counsel will be unavailable from August 4-8, 2008, and August 18-29, 2008. Please be advised that scheduling hearings during these dates of unavailability may be sanctionable. <u>Tenderloin Housing Clinics v. Sparks</u>, 8 Cal. App. 4th 299, 20-305 (1992).

Dated: July 15, 2008                     Respectfully submitted,

                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney

                                              /s/
                                         MELANIE L. PROCTOR
                                         Assistant United States Attorney
                                         Attorneys for Defendant

NOTICE OF UNAVAILABILITY
C 08-0829 MHP                                  1