**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: August 11, 2008

Case No.   C 08-0829 MHP          Judge: MARILYN H. PATEL

Title: AMERICAN SMALL BUSINESS LEAGUE -v- US SMALL BUSINESS ADMINISTRATION

Attorneys:  Plf: Robert Belshaw
            Dft: Melanie Proctor, Christopher McClintock

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)  Defendant's Motion to Dismiss

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Motion deemed submitted; Court to issue order.