ROBERT E. BELSHAW State Bar No. 142028
Of Counsel
GUTIERREZ & ASSOCIATES
244 California
San Francisco, California 94111
Telephone: (415) 398-2385
Facsimile: (415) 398-5800

Attorneys for Plaintiff
American Small Business League

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| American Small Business League<br><br>Plaintiff,<br><br>v.<br><br>United States Small Business Administration<br><br>Defendant. | Case No. C 08-0829 MHP<br><br>Declaration of Robert Belshaw, Stipulation and Application re Extension of Time to File Motion for Attorneys Fees; ~~Proposed~~ Order |

## DECLARATION

I, Robert Belshaw, declare:

I am attorney of record for plaintiff ASBL in this matter. ASBL intends to file a motion for attorney's fees. I have calculated the due date for filing such a motion as September 9, 2008, per FRCP 54. I am a solo practitioner and prepare all of my own documents. As the result of a very recent injury to my right hand I am unable complete the motion and supporting papers by the current due date, or complete the calculations required for a meaningful discussion with opposing counsel as required by local rule.

Counsel for Defendant has graciously consented to extend the deadline for filing the motion for a period of two weeks, until September 23, 2008. No party will be prejudiced by an order extending the deadline for filing the fee motion.

1

**Stipulation and Order re Extension of Time for Fee Motion**     **Case No. C 08-0829MHP**

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 8, 2008            /s/ Robert E. Belshaw
                                     Robert E. Belshaw

## STIPULATION

The parties hereto, through their respective counsel, stipulate that Plaintiff shall have a two week extension of time until September 23, 2008 in which to file a motion for attorney's fees.

Dated September 8, 2008              /s/ Robert Belshaw
                                     Robert E. Belshaw
                                     Attorney for American Small
                                     Business League

Dated: September 8, 2008             ____/s/_____
                                     Melanie L. Proctor
                                     Assistant United States Attorney
                                     Attorneys for Defendants

## ~~PROPOSED~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED. Plaintiff shall have until September 23, 2008 to file its motion for attorney's fees.

Dated:  9/9/2008

Hon. Marilyn H. Patel
United States District Court Judge

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GUTIERREZ & ASSOCIATES
244 CALIFORNIA STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94111

**Stipulation and Order re Extension of Time for Fee Motion**            Case No. C 08-0829MHP

2