FILED

OCT 09 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION,<br><br>        Defendant - Appellant. | No. 09-16296<br><br>D.C. No. 3:08-cv-00829-MHP<br>Northern District of California, San Francisco<br><br>ORDER |

Appellant's motion for voluntary dismissal of this appeal under Federal Rule of Appellate Procedure 42(b) is granted.

A copy of this order shall act as and for the mandate of this court.

        For the Court:
        MOLLY C. DWYER
        Clerk of the Court


        Alihandra M. Totor
        Deputy Clerk
        Ninth Cir. R. 27-7/Advisory Note to Rule 27
          and Ninth Circuit Rule 27-10

amt/Pro Mo 08Oct 2009